

# NUMBER 13-11-00718-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GAIR OFELIA SANCHEZ CORDERO,                                        Appellant,

v.

SUNSET VILLAGE CONDOMINIUMS COUNCIL
OF CO-OWNERS,                                                              Appellee.

## On appeal from the County Court at Law No. 5
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Gair Ofelia Sanchez Cordero, attempted to perfect an appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-43,907-E. Judgment in this cause was signed on August 19, 2011.

Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on September 19, 2011, but was not filed until November 3, 2011.

On November 17, 2011, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Delivered and filed the
26th day of January, 2012.